**UNITED STATES of America, Appellant,
v. Franklin C. BURLISON.
No. 10095.**

Circuit Court of Appeals, Eighth Circuit.
Aug. 27, 1934.

Maurice M. Milligan, U. S. Atty., and Claude E. Curtis, Asst. U. S. Atty., both of Kansas City, Mo.

Goldman & Daley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellant and consent of appellee.